AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 26-1141MB | Date and time warrant executed: 02/20/2026 1:33 pm | Copy of warrant and inventory left with: Mailed to Felix-Ojeda's las known residence |
|---|---|---|

Inventory made in the presence of :
DEA Task Force Officer Richard Keeling

Inventory of the property taken and name of any person(s) seized:

One (1) CD containing the AT&T data associated to Exhibit N-5, the black commercial vehicle tracker.

☒ FILED   ☐ LODGED

Feb 24 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/24/2026

RICHARD KEELING (Affiliate)
Digitally signed by RICHARD KEELING (Affiliate)
Date: 2026.02.24 10:32:43 -07'00'

*Executing officer's signature*

Richard Keeling, DEA Task Force Officer
*Printed name and title*